# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 207

In the Matter of the Guardianship and Conservatorship of T.G.P.C., an incapacitated person

J.P.C.,                                                                          Petitioner

    v.

Guardian and Protective Services, Inc.,

successor guardian and conservator;                                   Respondent

    and

T.G.P.C., ward,                                           Respondent and Appellee

    and

T.P.C. and L.P.C.,                            Interested Parties and Appellants

## No. 20210121

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Bruce A. Romanick, Judge.

AFFIRMED.

Per Curiam.

Theresa L. Kellington, Bismarck, ND, for interested parties and appellants; submitted on brief.

Jesse Walstad, Bismarck, ND, for respondent and appellee.

## Guardianship and Conservatorship of T.G.P.C.
## No. 20210121

**Per Curiam.**

[¶1] T.P.C. and L.P.C. appeal from the "Findings of Fact and Order Reappointing Guardian and Conservatorship and Continuing Guardianship Following Review and Denying Petitioners Request in Full." They argue the district court abused its discretion in denying their motion to remove Guardian and Protective Services, Inc. ("GaPS") as guardian and conservator. Additionally, they argue the court abused its discretion by not appointing them as co-guardians and co-conservators because they had statutory priority. We conclude the court did not abuse its discretion in denying the motion and reappointing GaPS. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Lisa Fair McEvers
Jerod E. Tufte
Carol Ronning Kapsner, S.J.


[¶3]   The Honorable Carol Ronning Kapsner, S.J., sitting in place of Crothers, J., disqualified.